USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/1/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

LINDA SLADE, *Individually and as the* : 
*representative of a class of similarly situated* : 
*persons,* :
                       Plaintiff, :      19-cv-710 (VEC)

        -against- :       ORDER

VIATOR, INC., :

                 Defendant. :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 29, 2019 (Dkt. 6), the parties notified the Court that they had

reached an agreement in principle resolving all issues; and

WHEREAS on May 30, 2019 (Dkt. 7), the Court ordered that this action would be

dismissed with prejudice and without costs (including attorneys' fees) to either party on June 28,

2019, unless one or more parties filed a letter before that date requesting that the action not be

dismissed; and

WHEREAS no party has filed a letter requesting that this action not be dismissed,

IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without

costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to

terminate all open motions and close the case.

**SO ORDERED.**

**Date:  July 1, 2019**
     **New York, New York**
                              **VALERIE CAPRONI**
                        **United States District Judge**